# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

ERIN FAIRWEATHER,

Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, *et al.*,

Defendants.

Case No. 3:26-CV-00524-MMD-CLB

**ORDER TRANSFERRING CASE TO
UNOFFICIAL SOUTHERN DIVISION**

Plaintiff Erin Fairweather ("Fairweather") sues several Defendants in connection with her arrest and detention in Las Vegas, NV. (ECF No. 1-1.) All of the events alleged in Fairweather's complaint occurred in Clark County, NV. (*Id.*) This district has two unofficial divisions: the unofficial southern division, which presides over cases arising in Clark, Esmeralda, Lincoln, and Nye counties; and the unofficial northern division, which presides over cases from the remaining counties. LR IA 1-6. Under Local Rule IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." As this action arose in the unofficial southern division's jurisdiction, the Clerk of Court is directed to **TRANSFER** and **REOPEN** this matter as a new action under a new docket number in the unofficial southern division and close this docket number without prejudice to Fairweather regarding any limitation period and filing fee.

**IT IS SO ORDERED**.

**DATED**: _July 10, 2026_____.

_____
**UNITED STATES MAGISTRATE JUDGE**