**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Erin Fairweather,

Plaintiff(s),

v.

Las Vegas Metropolitan Police Department, et al.,

Defendant(s).

Case No. 2:26-cv-02111-JAD-NJK

**Order**

[Docket No. 1]

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1.[1]

The Court may authorize the commencement of an action without prepayment of fees and costs, or security therefore, by a person who has shown an inability to pay them. 28 U.S.C. § 1915(a)(1). A determination of whether the plaintiff has shown an inability to pay is a matter left to the discretion of the Court. *See, e.g.*, *Flores v. Colvin*, 2014 U.S. Dist. Lexis 93236, at *2 (D. Nev. May 22, 2014), *adopted*, 2014 U.S. Dist. Lexis 93234 (D. Nev. July 9, 2014). "[T]here is no formula set forth by statute, regulation, or case law to determine when someone is poor enough to earn IFP status." *Escobedo v. Applebees*, 787 F.3d 1226, 1235 (9th Cir. 2015). While an applicant need not be absolutely destitute to qualify for a waiver of costs and fees, the applicant must demonstrate an inability to pay those costs while still providing for the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). "Although a person's earnings as compared to the poverty line is not the deciding factor on an IFP application, the comparison does provide some context." *Espinoza Rodriguez v. Canyon County*, 2019 WL 3307834, at *1 (D. Id. July 23, 2019). When questions arise as to a plaintiff's pauper status, courts may make a further factual inquiry. *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981).

[1] The Court liberally construes the filings of *pro se* litigants. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

Plaintiff's application to proceed *in forma pauperis* includes only amounts in Canadian currency. *See* Docket No. 1. Plaintiff must, instead, submit her assets and liabilities in United States Dollars ("USD"). The Court declines to convert the currency on Plaintiff's behalf.

Accordingly, the Court **DENIES** without prejudice Plaintiff's application to proceed *in forma pauperis*. Any renewed application must comply with this order and must be filed no later than **November 13, 2026**.

IT IS SO ORDERED.

Dated: October 16, 2026

Nancy J. Koppe
United States Magistrate Judge